EXHIBIT 1

```
   YAZND  540*23 *         SENTENCE MONITORING            *    02-05-2024
PAGE 001        *           COMPUTATION DATA              *    09:58:07
                            AS OF 02-05-2024
```

REGNO..: 73279-112 NAME: VORESS, JOSHUA LEE

```
FBI NO............: 345198DB6           DATE OF BIRTH: 05-22-1976 AGE:  47
ARS1..............: YAZ/A-DES
UNIT..............: 1 RDAP              QUARTERS.....: A07-043L
DETAINERS.........: NO                  NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 11-26-2025

FINAL STATUTORY RELEASE FOR INMATE.: 05-26-2027 VIA 3621E COND
         WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 05-26-2026 VIA FSRDAP CND


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: VIRGINIA, WESTERN DISTRICT
DOCKET NUMBER....................: DVAW716CR000017-001
JUDGE............................: DILLON
DATE SENTENCED/PROBATION IMPOSED: 05-19-2017
DATE COMMITTED...................: 07-05-2017
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES           COSTS
NON-COMMITTED.:   $100.00        $00.00          $500.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846, 21:841(B)(1)(A) CONSPIRACY TO POSSESS WITH INTENT TO
         DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE (ACTUAL) OR 500
         GRAMS OF A SUBSTANCE CONTAINING METHAMPHETAMINE CT-1

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    170 MONTHS
  TERM OF SUPERVISION.............:      5 YEARS
  DATE OF OFFENSE.................: 02-29-2016




    G0002         MORE PAGES TO FOLLOW . . .

```
 YAZND   540*23  *          SENTENCE MONITORING         *     02-05-2024
PAGE 002         *          COMPUTATION DATA            *     09:58:07
                            AS OF 02-05-2024


REGNO..: 73279-112 NAME: VORESS, JOSHUA LEE



----------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION...........: VIRGINIA, WESTERN DISTRICT
DOCKET NUMBER...................: DVAW716CR000054-001
JUDGE...........................: DILLON
DATE SENTENCED/PROBATION IMPOSED: 05-19-2017
DATE COMMITTED..................: 07-05-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $100.00        $00.00           $500.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846, 21:841(B)(A)(A) CONSPIRACY TO POSSESS WITH INTENT TO
         DISTRIBUTE 500 GRAMS OR MORE OF A SUBSTANCE CONTAINING A
         DETECTABLE AMOUNT OF METHAMPHETAMINE CT-1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    170 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/C TO J-010
 DATE OF OFFENSE................: 05-11-2016




G0002          MORE PAGES TO FOLLOW . . .
```

```
YAZND  540*23  *         SENTENCE MONITORING        *    02-05-2024
PAGE 003        *         COMPUTATION DATA           *    09:58:07
                          AS OF 02-05-2024

REGNO..: 73279-112 NAME: VORESS, JOSHUA LEE


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-27-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-30-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010

DATE COMPUTATION BEGAN..........: 05-19-2017
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    170 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     14 YEARS      2 MONTHS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 02-29-2016

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     03-21-2016   05-18-2017

TOTAL PRIOR CREDIT TIME.........: 424
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 724
TOTAL GCT EARNED................: 337
STATUTORY RELEASE DATE PROJECTED: 05-26-2028
ELDERLY OFFENDER TWO THIRDS DATE: 08-30-2025
EXPIRATION FULL TERM DATE.......: 05-20-2030
TIME SERVED.....................:      7 YEARS    10 MONTHS    16 DAYS
PERCENTAGE OF FULL TERM SERVED..:   55.6
PERCENT OF STATUTORY TERM SERVED:   64.6

3621E COMPLETE RESIDENT PROGRAM.: 12-06-2023
3621E COMPLETE COMMUNITY PROGRAM: /
3621E RELEASE DATE..............: 05-26-2027




G0002          MORE PAGES TO FOLLOW . . .
```

```
 YAZND  540*23 *           SENTENCE MONITORING            *     02-05-2024
PAGE 004 OF 004 *           COMPUTATION DATA              *     09:58:07
                           AS OF 02-05-2024
```

REGNO..: 73279-112 NAME: VORESS, JOSHUA LEE


PROJECTED SATISFACTION DATE.....: 05-26-2026
PROJECTED SATISFACTION METHOD...: FSRDAP CND
    WITH FSA CREDITS INCLUDED...: 365

REMARKS.......: 4/16/20 GCT UPDATED PURSUANT TO FSA. JMM; 3-11-22 DGCT 41D.
                F/SNA;6-27-23 UPDTD 764 E/CMF




G0000          TRANSACTION SUCCESSFULLY COMPLETED