EXHIBIT 2



| | **Individualized Needs Plan - Program Review    (Inmate Copy)** | **SEQUENCE: 01997892** |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 12-14-2023 |
| | Plan is for inmate: VORESS, JOSHUA LEE   73279-112 | |

| Facility: | YAZ YAZOO CITY FCI | Proj. Rel. Date: | 05-26-2026 |
|---|---|---|---|
| Name: | VORESS, JOSHUA LEE | Proj. Rel. Mthd: | FSRDAP CND |
| Register No.: | 73279-112 | DNA Status: | LOS08289 / 03-21-2016 |
| Age: | 47 | | |
| Date of Birth: | 05-22-1976 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| YAZ | COMPD WKPM | WEEKEND COMPOUND AM | 07-18-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| YAZ | ESL HAS | ENGLISH PROFICIENT | 07-08-2017 |
| YAZ | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-08-2017 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| YAZ | C | RESIDENTIAL DRUG - CURRY | 03-13-2023 | 12-06-2023 |
| MEN SCP | C | ACE: FIRST IMPRESSIONS - TIPS | 02-23-2022 | 02-23-2022 |
| MEN SCP | C | ACE: B. HAMILTON- SHARK ATTACK | 02-17-2022 | 02-17-2022 |
| MEN SCP | C | ACE: GIVE/RECEIVE CRITISIM | 01-28-2022 | 01-28-2022 |
| MEN SCP | C | ACE: INDEPENDENT CANDIDATES | 01-11-2022 | 01-11-2022 |
| MEN SCP | C | ACE: JAKARTA, INDONESIA | 02-23-2022 | 02-23-2022 |
| MEN SCP | C | ACE: AIR AND WATER POLLUTION | 01-21-2022 | 01-21-2022 |
| MEN SCP | C | ACE: CHRISTMAS TRUCE OF 1914 | 12-21-2021 | 12-21-2021 |
| MEN SCP | C | WEST HILLS COMMUNITY COLLEGE | 08-18-2021 | 02-08-2022 |
| MEN SCP | C | ACE: BODIE - A GHOST TOWN | 11-10-2021 | 11-10-2021 |
| MEN SCP | C | ACE:BATTLE LEXINGTON & CONCORD | 11-02-2021 | 11-02-2021 |
| MEN SCP | C | ACE:MENTAL HEALTH COPING TECH. | 10-01-2021 | 10-01-2021 |
| MEN SCP | C | ACE:DOG TRAINING IN CORRECTION | 10-01-2021 | 10-01-2021 |
| MEN SCP | C | ACE: THE LAST DAYS OF SOLITARY | 07-22-2021 | 07-22-2021 |
| MEN SCP | C | ACE: PARENT FROM PRISON | 07-17-2021 | 07-17-2021 |
| MEN SCP | C | COASTLINE COMMUNITY COLLEGE | 01-29-2021 | 08-18-2021 |
| MEN SCP | C | ACE: THE STORY OF BRUCE LEE | 06-17-2021 | 06-17-2021 |
| MEN SCP | C | ACE: HISTORY OF FANTASY SPORTS | 07-15-2021 | 07-15-2021 |
| MEN SCP | C | ACE: IRAN-CONTRA AFFAIR | 07-10-2021 | 07-10-2021 |
| MEN SCP | C | ACE: JUNETEENTH | 06-17-2021 | 06-17-2021 |
| MEN SCP | C | ACE: CALIFORNIA'S WATER | 07-01-2021 | 07-01-2021 |
| MEN SCP | C | ACE: DARE TO DREAM | 06-03-2021 | 06-03-2021 |
| MEN SCP | C | ACE: MCCAIN - VIETNAM TO DC | 06-10-2021 | 06-10-2021 |
| MEN SCP | C | ACE: NORTH KOREA | 06-24-2021 | 06-24-2021 |
| MEN SCP | C | WELLNESS: TACKLING DIABETES | 07-22-2021 | 08-13-2021 |
| MEN SCP | C | WEST HILLS COMMUNITY COLLEGE | 04-28-2021 | 08-10-2021 |
| MEN SCP | C | ADVANCED CERAMICS | 01-21-2021 | 03-12-2021 |
| MEN SCP | C | ACE: THE HISTORY OF MOSUL | 05-25-2021 | 05-25-2021 |
| MEN SCP | C | ACE: THE LIFE OF MUHAMMAD | 05-18-2021 | 05-18-2021 |
| MEN SCP | C | ACE: CHRIS HERREN - UNGUARDED | 05-20-2021 | 05-20-2021 |
| MEN SCP | C | ACE: BEN FRANKLIN'S BALLOONS | 05-13-2021 | 05-13-2021 |
| MEN SCP | C | ACE:JOHNNY CASH - MAN IN BLACK | 05-27-2021 | 05-27-2021 |
| MEN SCP | C | ACE: BILLIE HOLIDAY | 04-20-2021 | 04-20-2021 |
| MEN SCP | C | ACE:THE IMPACT OF SOCIAL MEDIA | 04-12-2021 | 04-12-2021 |
| MEN SCP | C | ACE: THE MADOFF AFFAIR | 04-22-2021 | 04-22-2021 |
| MEN SCP | C | ACE: MISTER ROGERS & ME | 04-08-2021 | 04-08-2021 |
| MEN SCP | C | ACE: FLYING CHEAP | 04-15-2021 | 04-15-2021 |



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: VORESS, JOSHUA LEE   73279-112

SEQUENCE: 01997892
Team Date: 12-14-2023

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MEN SCP | C | ACE: SECRETS OF THE TITANIC | 04-01-2021 | 04-01-2021 |
| MEN SCP | C | ACE: BORN TO BE WILD | 03-30-2021 | 03-30-2021 |
| MEN SCP | C | ACE: SECRET YOSEMITE | 04-13-2021 | 04-13-2021 |
| MEN SCP | C | ACE: THE COLD WAR- SUEZ CRISIS | 03-29-2021 | 03-29-2021 |
| MEN SCP | C | WELLNESS: ARE YOU OK? | 04-28-2021 | 05-05-2021 |
| MEN SCP | C | ACE: INSIDE THE WHITE HOUSE | 03-25-2021 | 03-25-2021 |
| MEN SCP | C | ACE: CAN I EAT THAT? | 03-02-2021 | 03-02-2021 |
| MEN SCP | C | ACE: CALIFORNIA MISSIONS | 03-16-2021 | 03-16-2021 |
| MEN SCP | C | ACE: WHERE'S AMELIA EARHART | 03-09-2021 | 03-09-2021 |
| MEN SCP | C | ACE: MIRACLE - USA HOCKEY | 03-18-2021 | 03-18-2021 |
| MEN SCP | C | WELLNESS: INFLUENZA 1918 | 03-30-2021 | 04-08-2021 |
| MEN SCP | C | WELLNESS: UNDERSTANDING SLEEP | 03-24-2021 | 04-08-2021 |
| MEN SCP | C | ACE: WHAT IS RESILIENCE? | 02-01-2021 | 02-01-2021 |
| MEN SCP | C | ACE: WHEN WHALES WALKED | 02-04-2021 | 02-04-2021 |
| MEN SCP | C | ACE: ENEMIES - LIONS VS HYENAS | 02-25-2021 | 02-25-2021 |
| MEN SCP | C | ACE: WILLIAM RANDOLPH HEARST | 02-18-2021 | 02-18-2021 |
| MEN SCP | C | ACE: AMERICAN GENIUS | 02-11-2021 | 02-11-2021 |
| MEN SCP | C | ACE: EGYPT'S GOLDEN EMPIRE | 02-23-2021 | 02-23-2021 |
| MEN SCP | C | ACE: SECRETS OF ALTHORP | 02-02-2021 | 02-02-2021 |
| MEN SCP | C | ACE:GENIUS-STEPHEN HAWKING PT2 | 02-11-2021 | 02-11-2021 |
| MEN SCP | C | ACE: "I HAVE A DREAM" - MLK | 02-18-2021 | 02-18-2021 |
| MEN SCP | C | ACE: MLK NATIONAL MEMORIAL | 02-07-2021 | 02-07-2021 |
| MEN SCP | C | WELLNESS RESOURCES - DIABETES | 01-24-2021 | 02-21-2021 |
| MEN SCP | C | COASTLINE COMMUNITY COLLEGE | 01-27-2020 | 05-23-2020 |
| MEN SCP | C | ACE: AMAZON EMPIRE: JEFF BEZOS | 01-19-2021 | 01-19-2021 |
| MEN SCP | C | ACE: FRIDA KAHLO | 01-12-2021 | 01-12-2021 |
| MEN SCP | C | ACE: WHY PLANES VANISH | 01-14-2021 | 01-14-2021 |
| MEN SCP | C | ACE: WHY TRAINS CRASH | 12-17-2020 | 12-17-2020 |
| MEN SCP | C | ACE: CITY IN THE SKY | 12-15-2020 | 12-15-2020 |
| MEN SCP | C | ACE: WHAT'S WITH WHEAT | 01-05-2021 | 01-05-2021 |
| MEN SCP | C | ACE: PEARL HARBOR | 01-07-2021 | 01-07-2021 |
| MEN SCP | C | ACE: FLYING SUPERSONIC | 01-21-2021 | 01-21-2021 |
| MEN SCP | C | BEGINNERS CERAMICS | 11-07-2020 | 12-26-2020 |
| MEN SCP | C | ACE: STATUE OF LIBERTY | 11-19-2020 | 11-19-2020 |
| MEN SCP | C | ACE: KYOTO | 11-24-2020 | 11-24-2020 |
| MEN SCP | C | ACE: ENTREPRENEUR - RISK | 12-03-2020 | 12-03-2020 |
| MEN SCP | C | ACE:LIFE OF JUSTICE GINSBURG | 10-15-2020 | 10-15-2020 |
| MEN SCP | C | ACE: ROME RULED- BIRTH OF ROME | 11-06-2020 | 11-06-2020 |
| MEN SCP | C | ACE: SMARTPHONE GENERATION | 11-19-2020 | 11-19-2020 |
| MEN SCP | C | RPP CAT #6:WHAT IS YOUR IKIGA? | 11-05-2020 | 11-05-2020 |
| MEN SCP | C | ACE: JUST EAT IT | 11-06-2020 | 11-06-2020 |
| MEN SCP | C | ACE: ICEMAN REBORN | 10-08-2020 | 10-08-2020 |
| MEN SCP | C | ACE: THE HUMAN FOOTPRINT | 10-08-2020 | 12-08-2020 |
| MEN SCP | C | ACE: CAN I EAT THAT? | 10-08-2020 | 12-01-2020 |
| MEN SCP | C | ACE:THE GREAT OIL SPILL | 10-08-2020 | 11-17-2020 |
| MEN SCP | C | ACE:ANCIENT MYTHS & MYSTERIES | 09-04-2020 | 10-14-2020 |
| MEN SCP | C | ACE:THEORY OF PLATE TECHTONICS | 10-02-2020 | 10-02-2020 |
| MEN SCP | C | ACE: MOLECULES - NUCLEIC ACIDS | 09-04-2020 | 10-13-2020 |
| MEN SCP | C | ACE: HOW TO HAVE AN OPINION | 09-04-2020 | 09-04-2020 |
| MEN SCP | C | ACE:BIOLOGICAL MOLECULES:CARBS | 09-04-2020 | 10-07-2020 |
| MEN SCP | C | ACE: RISE AND RISE OF BITCOIN | 09-04-2020 | 09-04-2020 |
| MEN SCP | C | ACE: IMPORTANCE OF ACCOUNTING | 07-02-2020 | 10-07-2020 |
| MEN SCP | C | ACE:AMERICA'S COVID RESPONSE | 06-26-2020 | 08-04-2020 |
| MEN SCP | C | RPP C6: A HERO'S JOURNEY | 07-24-2020 | 08-04-2020 |
| MEN SCP | C | RPP C3: MONEY MANAGEMENT | 06-04-2020 | 08-04-2020 |
| MEN SCP | C | RPP#3:PROTECT YOUR FINANCES | 07-02-2020 | 08-04-2020 |
| MEN SCP | C | RPP C3:CREDIT/YOUR ADVANTAGE | 07-24-2020 | 08-04-2020 |



| | **Individualized Needs Plan - Program Review     (Inmate Copy)** | | **SEQUENCE: 01997892** |
|---|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | | Team Date: 12-14-2023 |
| | Plan is for inmate: VORESS, JOSHUA LEE  73279-112 | | |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MEN SCP | C | RPP C3: BASICS OF BANKING | 06-18-2020 | 06-25-2020 |
| MEN SCP | C | ACE: MOSQUITOS AND PEOPLE? | 07-24-2020 | 07-24-2020 |
| MEN SCP | C | ACE:DEVICES TO PROTECT FORESTS | 06-18-2020 | 06-18-2020 |
| MEN SCP | C | WELLNESS: REDUCING GERMS | 06-08-2020 | 07-20-2020 |
| MEN SCP | C | RPP C1: HEALTHY MIND AND BODY | 05-29-2020 | 07-20-2020 |
| MEN SCP | C | ACE: CO2 WARMING OUR PLANET | 06-03-2020 | 06-17-2020 |
| MEN SCP | C | ACE: THE "ALLEE EFFECT" | 06-04-2020 | 06-15-2020 |
| MEN SCP | C | ACE: COVID-19 AND US ECONOMY | 05-01-2020 | 05-27-2020 |
| MEN | C | COASTLINE COMMUNITY COLLEGE | 01-27-2020 | 05-23-2020 |
| MEN SCP | C | ACE: ONE BAD TWEET - ATHLETICS | 05-19-2020 | 05-19-2020 |
| MEN SCP | C | ACE: HORSES | 04-21-2020 | 04-21-2020 |
| MEN SCP | C | ACE: HOW TO PROTECT WKRS COVID | 04-20-2020 | 04-20-2020 |
| MEN SCP | C | ACE: ARLINGTON:CALL TO HONOR | 04-17-2020 | 04-17-2020 |
| MEN SCP | C | ACE: SECRETS OF SELFRIDGES | 04-15-2020 | 04-15-2020 |
| MEN SCP | C | RPP#6 SHU PATH TO SUCCESS | 04-13-2020 | 04-13-2020 |
| MEN SCP | C | ACE: INSIDE THE MEGAFIRE | 04-10-2020 | 04-10-2020 |
| MEN SCP | C | ACE: NAT GEO FREE SOLO | 04-08-2020 | 04-08-2020 |
| MEN SCP | C | ACE:INCREDIBLE HUMAN MACHINE | 04-02-2020 | 04-07-2020 |
| MEN SCP | C | BASICS OF MANUFACTURING | 03-19-2020 | 03-19-2020 |
| MEN SCP | C | ACE: MAYA ANGELOU-STILL I RISE | 03-18-2020 | 03-18-2020 |
| MEN SCP | C | ACE:TESLA-VISIONARY OR MADMAN? | 02-25-2020 | 02-25-2020 |
| MEN SCP | C | ACE: SECRETS OF VIKING SWORD | 02-12-2020 | 02-12-2020 |
| MEN SCP | C | ACE:CONQUISTADORS, AZTEC, INCA | 02-04-2020 | 02-04-2020 |
| MEN SCP | C | ACE: THE SIXTIES | 11-19-2019 | 01-21-2020 |
| MEN SCP | C | RPP#4 US PROBATION | 10-22-2019 | 01-16-2020 |
| MEN SCP | C | WEST HILLS COMMUNITY COLLEGE | 09-18-2019 | 01-13-2020 |
| MEN SCP | C | PARENTING ENGLISH | 10-18-2019 | 01-03-2020 |
| MEN SCP | C | STARTING YOUR OWN BUSINESS | 12-18-2019 | 01-03-2020 |
| MEN SCP | C | THINKING ON YOUR FEET | 12-04-2019 | 12-18-2019 |
| MEN | C | COASTLINE COMMUNITY COLLEGE | 08-23-2019 | 12-14-2019 |
| MEN SCP | C | BEGINNER ACCOUSTIC GUITAR | 10-01-2019 | 11-26-2019 |
| MEN SCP | C | FINANCIAL STATEMENTS | 11-20-2019 | 12-04-2019 |
| MEN SCP | C | COMMUNITY RESOURCES (C4) | 03-28-2019 | 07-11-2019 |
| MEN SCP | C | INTERVIEW | 03-28-2019 | 07-11-2019 |
| MEN SCP | C | US PROBATION ORIENTATION | 03-28-2019 | 07-11-2019 |
| MEN SCP | C | JOB SEARCH | 03-28-2019 | 07-11-2019 |
| MEN SCP | C | RESUME WRITING | 03-28-2019 | 07-11-2019 |
| MEN SCP | C | RPP READY-TO-WORK (C4) | 03-28-2019 | 07-11-2019 |
| MEN SCP | C | JOB FAIR | 03-28-2019 | 07-11-2019 |
| TRM | C | FILM PRODUCTION | 02-01-2018 | 03-29-2018 |
| TRM | C | DOWNTON ABBEY: SEASON TWO | 02-02-2018 | 03-03-2018 |
| TRM | C | RPP UNDERSTAND DEPRESSION (C1) | 10-24-2018 | 11-17-2018 |
| TRM | C | RPP FINANCIAL PLANNING (C3) | 10-31-2017 | 12-13-2017 |
| TRM | C | RPP VICTIM IMPACT PANEL (C6) | 11-16-2017 | 01-03-2018 |
| TRM | C | RPP SCIENCE OF NUTRITION (C1) | 09-26-2017 | 12-11-2017 |
| TRM | C | CHINESE CHARIOT REVEALED | 11-22-2017 | 11-23-2017 |
| TRM | C | THE MEGAFALLS OF IGUACO | 11-23-2017 | 11-24-2017 |
| TRM | C | BUS. WRITING FOR SUCCESS (C6) | 08-21-2017 | 11-09-2017 |
| TRM | C | RPP FINANCIAL PEACE (C3) | 09-22-2017 | 11-17-2017 |
| TRM | C | RPP BEGINNING REAL ESTATE (C3) | 10-06-2017 | 11-10-2017 |
| TRM | C | INTRODUCTION TO LEGAL CONCEPTS | 08-17-2017 | 09-19-2017 |
| TRM | C | COMMUNITY RESOURCE FAIR (C4) | 09-01-2017 | 09-15-2017 |
| TRM | C | SECRETS OF STONEHENGE | 08-07-2017 | 08-11-2017 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***



## Individualized Needs Plan - Program Review     (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: VORESS, JOSHUA LEE   73279-112

SEQUENCE: 01997892
Team Date: 12-14-2023

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-08-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-07-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 05-19-2022 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-22-2016 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-08-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-08-2017 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP COMP | RES DRUG TRMT COMP/TRANS REQD | 12-06-2023 |
| ED COMP | DRUG EDUCATION COMPLETE | 05-18-2018 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 04-25-2023 |
| FOL PART | FOLLOWUP SERVICES PARTICIPANT | 12-06-2023 |
| NR COMP | NRES DRUG TMT/COMPLETE | 11-21-2019 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** COMPLT  FINANC RESP-COMPLETED  **Start:** 07-08-2021
**Inmate Decision:** AGREED  $133.20  **Frequency:** SINGLE
**Payments past 6 months:** $0.00  **Obligation Balance:** $0.00

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 2 | FINE | $1,000.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A     Payments commensurate ?   N/A
New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 08-31-2020 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 12-12-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 12-12-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 12-12-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 12-12-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 12-12-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 12-12-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 12-12-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 12-12-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 12-12-2023 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 12-12-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 12-12-2023 |
| N-WORK N | NEED - WORK NO | 12-12-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 12-12-2023 |

### Progress since last review

He has been encouraged to take classes here at FCC Yazoo City. Unit Team will recommend the inmate to enroll in a class that may assist him reintegrating back into society.



**Individualized Needs Plan - Program Review    (Inmate Copy)**    SEQUENCE: 01997892
Dept. of Justice / Federal Bureau of Prisons                        Team Date: 12-14-2023
Plan is for inmate: VORESS, JOSHUA LEE  73279-112

### Next Program Review Goals
Enroll in Criminal Thinking class or one that is equivalent to it by next Team.

### Long Term Goals
Obtain a duplicate Social Security Card and a copy of your Birth Certificate. Complete the RPP classes. Enroll in Victim Impact, and Anger Management. Complete at least one VT program of your choice. Complete Criminal Thinking class prior to December 2024.

### RRC/HC Placement
No.
Management decision - Will review 17-19 months from release date.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : There is available Residential Re-Entry Centers (RRC) in his release area.
- Offense : The offense details were considered.
- Prisoner : The prisoner's criminal history and background were considered.
- Court Statement : The sentencing court did not make any statement on the judgment and commitment order regarding RRC placement.
- Sentencing Commission : There is no pertinent policy by the sentencing commission.

Refer to the comment section of you program review for any further information.

### Comments
Maintain an open line of communication with your friends and family through letter writing, telephone calls, emails, and visits as often as possible.



**Individualized Needs Plan - Program Review   (Inmate Copy)**       SEQUENCE: 01997892
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 12-14-2023
Plan is for inmate: VORESS, JOSHUA LEE   73279-112

| | |
|---|---|
| Name: VORESS, JOSHUA LEE | DNA Status: LOS08289 / 03-21-2016 |
| Register No.: **73279-112** | |
| Age: 47 | |
| Date of Birth: 05-22-1976 | |

_____
Inmate   (VORESS, JOSHUA LEE. Register No.: 73279-112)

_____
Date

_____            _____
Unit Manager / Chairperson                Case Manager

_____            _____
Date                                      Date