EXHIBIT 3

# FSA Time Credit Assessment
Register Number:73279-112, Last Name:VORESS

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Register Number....: 73279-112          Responsible Facility: YAZ
Inmate Name                             Assessment Date....: 12-03-2023
  Last.............: VORESS              Period Start/Stop..: 12-21-2018 to 12-03-2023
  First............: JOSHUA              Accrued Pgm Days...: 1717
  Middle...........: LEE                 Disallowed Pgm Days.: 91
  Suffix...........:                     FTC Towards RRC/HC..: 460
Gender.............: MALE                FTC Towards Release.: 365
Start Incarceration: 05-19-2017          Apply FTC to Release: Yes
```

```
Start          Stop          Pgm Status    Pgm Days
12-21-2018     12-27-2018    accrue        6
  Accrued Pgm Days...: 6
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 0
-------------------------------------------------------------------------------
Start          Stop          Pgm Status    Pgm Days
12-27-2018     01-03-2019    disallow      7
  In FRP refuse status
    Facility  Category  Assignment  Start              Stop
     TRM      FRP       REFUSE      12-27-2018 1017    01-02-2019 1535
-------------------------------------------------------------------------------
Start          Stop          Pgm Status    Pgm Days
01-03-2019     07-17-2019    accrue        195
  Accrued Pgm Days...: 195
  Carry Over Pgm Days: 6
  Time Credit Factor.: 10
  Time Credits.......: 60
-------------------------------------------------------------------------------
Start          Stop          Pgm Status    Pgm Days
07-17-2019     04-07-2022    accrue        995
  Accrued Pgm Days...: 995
  Carry Over Pgm Days: 21
  Time Credit Factor.: 15
  Time Credits.......: 495
-------------------------------------------------------------------------------
Start          Stop          Pgm Status    Pgm Days
04-07-2022     06-30-2022    disallow      84
  Not in qualifying admit status
    Facility  Category  Assignment  Start              Stop
     MEN      ARS       TRANSFER    04-06-2022 1240    04-06-2022 1240
```

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:73279-112, Last Name:VORESS

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 73279-112 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (22) |
|   Last.........: VORESS |   Violent Level......: R-LW (12) |
|   First........: JOSHUA | Security Level Inmate: LOW |
|   Middle.......: LEE | Security Level Facl..: LOW |
|   Suffix.......: | Responsible Facility.: YAZ |
| Gender.........: MALE | Start Incarceration..: 05/19/2017 |

## PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 46 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 9 | 24 | 9 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 1 | 1 | 1 |
| Serious Incident Reports (120 Months) | 1 | 1 | 1 |
| Time Since Last Incident Report | 5 | 2 | 2 |
| Time Since Last Serious Incident Report | 5 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 107 | -12 | -4 |
| Work Programs | 0 | 0 | 0 |
| | Total | 22 | 12 |