EXHIBIT 7



Sergio Rizzo-Fontanesi, Ph.D.
*Executive Director*

Rabbi Joseph Shamash
*Interim Community Rabbi*

**Board of Directors**

Paul Bergman
*Chair*

Keith Elkins
*Vice Chair*

Annette Shapiro
*President*

Heidi Praw
*Secretary*

Warren Breslow
*Treasurer*
*Chair Emeritus*

Janice Kamenir-Reznik
*Chair Emeritus*

Nancy Mishkin
*Chair Emeritus*

Carl Albert
Lise Applebaum
Heidi Bendetson
Lynn Bider
Joyce Brandman
Emily Corleto
Samuel Delug
David Elston
Timothy Fong, MD
Mel Gagerman
Daniel P. Horwitz
Dr. Susan Krevoy
Neal Maslan
Joanne Mogy
Adam Nimoy
Donald S. Passman
Lynn Shapiro
Andrea Sossin-Berman
Micheal Soter
Franklin D. Tell
Andy Trachman
Brad Wiseman

**Our Mission**

Beit T'Shuvah's mission is to heal broken souls and save the lives of those wrestling with addiction by providing integrated care in a community setting. We believe everyone has the right to redemption, which is why we never turn a single soul away due to their inability to pay.

5 September 2023

Mr. Joshua Voress, 73279-112
FCC Yazoo City
P.O. Box 5000
Yazoo City, MS 39194

Dear Josh,

I am so sorry for the delay in responding to your application. We approved you even before I received the application back from you, and then I forgot to let you know. Not to make excuses, but I am training someone new in the alternative sentencing office, and I had asked her to type up your application, which kind of messed up my system of organizing who I owe letters to. When your mom called, I was mortified to see I had forgotten to write you back. At any rate, I hope the positive news makes up for my error.

Please make sure you continue to stay in touch, and keep me apprised to any changes on your release date. I know that you said that you expect to be out in 2024, but right now the BOP system still says your projected release is May of 2026. I also expect that you will be expected to do six months in a federally contracted halfway house before coming to us, correct?

I'm going to keep this brief, so I can get it off to you. I am guessing your mom already told you the news but, just in case…

Hope to hear back soon.

Carrie Newman
Alternative Sentencing Coordinator



Beit T'Shuvah · 8831 Venice Boulevard · Los Angeles, CA 90034