EXHIBIT 8 (a) - (c)

FBOP
Office of Internal Affairs
320 First Street N.W. Ste 600
Washington, DC

2-1-2024

Joshua Voress
73279-112
FCI Yazoo City Low I
P.O. Box 5000
Yazoo City, MS 39194

Re: Violation P.S. 1040.04 Non-Discrimination Toward Inmates

Sir/Ma'am,

On or about the 3rd of January, I overheard my unit counselor Mr. Jefferson
say that "Hitler was right". Parroting the over 46,000 times that same phrase
was used on social media (according to the New York Times) since the massacre
on October 7, 2023 in Israel by Hamas.

I approached Mr. Jefferson and told him that, "I am Jewish, and what
you said was at the very least, insensitive." Jefferson's response was "Oh...
Um... I meant his economic policies." Are those the same economic policies
that required Jews to turn over all of their valuables and be marched off
to extermination camps? I hardly find this more comforting.

This issue is even more appalling because I am in the RDAP unit. (Mr. Jefferson
is the counselor in the RDAP unit). How does this balance? I am expected to
go above and beyond to be a better person and apply all of the lessons and
this person who should be leading by example is an anti-Semitic racist.

It is important to note Mr. Jefferson is black. I can't imagine how sadly
misinformed he must be. Hitler got the above-referenced "economic policies"
and idea for slave labor camps - in part from the Jim Crow laws of the American

<u>1</u>

Since that day, Mr. Jefferson has treated me different. I asked for a BP-8, he said "No!" This is a denial of access to the Administrative Remedy process. It took two more attempts to get a BP-8 (see Exhibit 1). A black inmate Leelan Williams got a BP-8 the same day and got an answer and a BP-9 on 1-11-24. 7 days. (see Exhibit 2) As of 1-22-24 I still had not received my reply. I asked Jefferson about this and he said "I got a response but I'm not going to give it to you because you're moving."

Nothing in the AR P.S. 1330.18 even suggests that I am denied a reply simply because I may move to another unit. As of Feb 1, 2024, I have not moved. (id at Exhibit 1).

I made it clear to him I needed the reply to continue the AR process. He said he would print it out. So I stood there waiting and he just looked at me. He did not mean right then when he was not busy, during his open house hour.

I returned to his office on 1-26-24 to address the issue again. I asked politely and professionally, and his response was "That's your problem, you talk too much." and I was dismissed (Exhibit 3).

Within 2 hours of sending that email to my Unit team I was called into Unit Manager McKinzie's office and questioned about the Hitler comment. I know I will be retaliated against further if I had spoken my mind, so I downplayed it. Funny McKinzie, the Unit Manager, refused to get me the BP-8 as well, saying Jefferson had to give it to me.

First, Jefferson's words were offensive and could be construed as profane and obscene (violating PS 3420.11(5)(c) Standards of Employee Conduct, which he had to sign as part of his employment at the BOP). Second, that Jefferson got a response back to Mr. Williams in 7 days and it is now nearing a month shows favoritism (id at (5)(c)). Third, regardless of his political affiliation, or religious beliefs - that he uses to create a discriminatory and hostile

2

environment further violates (5)(c) "Employees must avoid situations that give rise to a conflict of interest or the appearance of a conflict of interest." and "Employees SHALL not participate in donduct that would lead a resonable person to question their impartiality."

These actions would be a Classification 2, Discrimination (not defined in Classification 1). and a Classification 3, Unprofessional Conduct.


Sincerely,

Joshua Voress
73279-112

3




*Exhibit 8A*

YAX1330.17B
Administrative Remedy Program
Page 6

Attachment A

Federal Correctional Complex, Yazoo City, Mississippi
Request for Administrative Remedy
Attempt at Informal Resolution

Inmate Name: Joshua Voress
Register No: 73279-112
Unit: Alpha 2 (RDAP)

*TO BE COMPLETED BY INMATE:*

1.  Briefly state your complaint.  Include all details and facts which support
    your request and the date on which the complaint occurred.
    Pursuant to the FSA and SCA, I am eligible for Transfer to Pre-Release Custody no later than 2-22-24, and as early as 1-1-2023 (1 year ago). See attached info/calculations.

2.  What actions are you requesting to resolve your complaint?
    Explain why I have not been put in for halfway house/home confinement, or provide statutory or constitutional justification for holding me beyond my release date, in violation of federal law.

*TO BE COMPLETED BY STAFF:*

3.  Indicate below the efforts made to resolve the matter.  Be specific, but
    brief.  Include names of staff contacted to attempt resolution. (Use back of
    this form if necessary.)

_____

Correctional Counselor/Date                    Inmate Signature/Date

_____

Unit Manager Review/Date

NOTE:    Attach any pertinent documentation related to the inmate's complaint.

|  | BP-8 Issued To Inmate | BP-8 Returned To Counselor | BP-9 Issued To Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin. Remedy Clerk |
|---|---|---|---|---|---|
| Date | 1/04/24 |  |  |  |  |
| Counselor | Jefferson |  |  |  |  |

1/22/24

Jefferson told me hee has g-a responce
But wont give it to me because I'm Moving.

73279-1/2

352354705

1330

Wardin - Mrs Ping

CMC

Unit team A

Here is a Electronic copy of the BP-8 I turned
into MR Jefferson on 1-04-2024. Regarding Being Put
in for Release.

Jefferson - In early December I over heard
Him say "Hitler was Right" I immediatly
asked him about it telling him I was
Jewish, He Said that he was talking
about his econimical policies.
Since then he has treated me differently
telling me my problem is I talk to
Much. when asked again for my response
to my BP8 on the 1/25

Ex hibit 8B

YAX1330.17B
Administrative Remedy Program
Page 6

Attachment A

Federal Correctional Complex, Yazoo City, Mississippi
Request for Administrative Remedy
Attempt at Informal Resolution

Inmate Name: Leelon Williams
Register No: 2 2409-044
Unit: A-2

**TO BE COMPLETED BY INMATE:**

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred. On Tuesday 1-3-24 I attended Case Manager Mr. Williamsons open house. I attempted to give him a written cop-out and a copy of an electronic cop-out he never answered from 12-7-23 (see attached) He refused to take my cop-outs. Grievance is still the same.

2. What actions are you requesting to resolve your complaint? I'm requesting to be put in for my RRC/HC placement in conjunction with my acquired FSA Days, my assumed time, and my second chance act before I graduate RDAP 2-7-24.

**TO BE COMPLETED BY STAFF:**

3. Indicate below the efforts made to resolve the matter. Be specific, but brief. Include names of staff contacted to attempt resolution. (Use back of this form if necessary.) I did an electronic cop-out 12-7-23 that was never answered. On 1-3-24 I attempted to give Mr. Williamson a copy of the electronic cop-out along with a written cop-out but Mr. Williamson refused to accept.

_____ 1-04-24          Leelon Williams 1/04/24
Correctional Counselor/Date          Inmate Signature/Date

_____ 1-4-24
Unit Manager Review/Date

NOTE: Attach any pertinent documentation related to the inmate's complaint.

| | BP-8 Issued To Inmate | BP-8 Returned To Counselor | BP-9 Issued To Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin. Remedy Clerk |
|---|---|---|---|---|---|
| Date | 1-04-24 | 1-04-24 | 1-11-24 | | |
| Counselor | J.Jeffery | J.Jeffery | Jeffery | | |

**U.S. Department of Justice**
**REMEDY**
Federal Bureau of Prisons

**RESPONSE TO REQUEST FOR ADMINISTRATIVE**

| From: | Williams, Leelon | 27407-044 | 1BL | FCC Yazoo City |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

## PART B- RESPONSE

**Remedy ID -**

This is in response to your Request for Administrative Remedy dated January 4, 2024. You state that your unit team has not put you in for RRC/ HC.

A review of this matter shows that Unit team will review for RRC 17-19 month from release. At this time, you have earned 365 days of FTC/ 310 days towards RRC/HC.   As always, your unit team will encourage you to continue programing. Please follow up with your unit team at your scheduled program review. I hope this address your concerns.

I trust this has addressed your concerns.

TRULINCS  73279112 - VORESS, JOSHUA LEE - Unit: YAZ-A-B    *Exhibit 8C*

--------------------------------------------------------------------------------

FROM: 73279112
TO: Unit A
SUBJECT: ***Request to Staff*** VORESS, JOSHUA, Reg# 73279112, YAZ-A-B
DATE: 01/29/2024 01:19:52 PM

To:
Inmate Work Assignment: RDAP

This is to confirm that on 1/4/24 I turned in a bp-8 to counselor Jefferson. I went to Jefferson's open house on 1/22/24 and asked for my bp8 and he told me it was answered but I don't need it because he is moving me. I told him I needed it to continue my administrative process. He than told me he would give it to me once he printed it. I than asked him if I should wait and he told me he would call me. On 1/26/24 I asked him again for my bp8 and he told me "that's your problem you talk to much" Mr. Jefferson has not been available for me to get my bp8 back and to give me my bp9. I have asked other members of the unit team and they have all told me that is Jefferson's job.

He further made the comment "that Hitler was right" after the Hammas attacks earlier this year. When I explained to him that I was Jewish he told me that he was talking about his economical policies. I feel like he is refusing to give me back my BP8 because of this discussion. Another inmate filed a bp8 with him on the same day about the same thing and received a answer on 1/11/24. I would like a explanation why I am being treated differently.