Josh Voress 73279-112
Federal correctional complex
Yazoo city low
PO Box 5000
Yazoo city, MS 39194



Clerk of the 5th US District court
Southern District of Mississippi
United States Court house
501 E Court street
Suite 2500
Jackson, MS 39201-2409



RECEIVED
FEB 20 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Legal Mail

RECEIVED
FEB 09 2024
CSD-FCC, YAZOO CITY

